UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
THE SIKH CULTURAL SOCIETY, INC.,

              Plaintiff,

- against -

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES,

              Defendant.
----------------------------------------------------------X

**JUDGMENT**
15-CV-5158 (RRM)

      A Memorandum and Order of the undersigned issued this day granting Summary Judgment in favor of the United States Citizenship and Immigration Services, and denying the Sikh Cultural Society, Inc.'s cross-motion for Summary Judgment, and further finding that the Petition at issue in this case was properly denied, it is hereby

      ORDERED, ADJUDGED AND DECREED that this case is dismissed. The Clerk of Court is directed to close the file in this Court.

Dated: Brooklyn, New York
       March 30, 2017

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge